**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Intersport Corp.

                                   Plaintiff,

v.

                                            Case No.:
                                            1:24–cv–06769
                                            Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                   Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 4, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic preliminary injunction hearing held on 9/4/2024. Defendants kangtai keji, Bigwheat, HBW–US, Kangnenghuishiye, Lin Chow, Puuir, Shishunzhe, Yan jichun, and gameplaystart motions for extension of time [41] [27] are granted. Responses by defendants kangtai keji, Bigwheat, HBW–US, Kangnenghuishiye, Lin Chow, Puuir, Shishunzhe, Yan jichun, and gameplaystart are due 9/25/2024. The claims against defendant Guangzhou Sanzhiniao Technology Co., Ltd are dismissed without prejudice by stipulation. Motion to dismiss by defendant Guangzhou Sanzhiniao Technology Co., Ltd [32] is withdrawn. Plaintiff's response to the motion to dismiss by Defendants FENGBIN Co., Ltd, PENGHE Co., Ltd. [39] is due 9/25/2024; reply by defendants FENGBIN Co., Ltd, PENGHE Co., Ltd. is due 10/9/2024. The motion for preliminary injunction [21] is granted. Plaintiff's counsel is directed to send a revised preliminary injunction order to Judge Kennelly's proposed order email address. The case is set for a telephonic status hearing on 10/31/2024 at 8:50 a.m. The following call–in number will be used for the hearing: (888) 684–8852, access code 746–1053. Law Firms Jiangip LLC and Keith Vogt, Ltd. are ordered to add all defendant names listed in the Schedule A to the docket within three business days. Instructions can be found on the court's website located at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.