IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERSPORT CORP. d/b/a WHAM-O, | |
| Plaintiff, | Case No.: 1:24-cv-06769 |
| v. | Judge Matthew F. Kennelly |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeannice W. Appenteng |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, INTERSPORT CORP. d/b/a WHAM-O and Defendant Nos. 92 FENGBIN Co.Ltd and 119 PENGHE Co.Ltd, identified in Schedule A of the Complaint, hereby advise this Court that they have reached a settlement and hereby stipulate to a dismissal, with prejudice.

Plaintiff's Motion to Stay [45] and Defendants' Motion to Dismiss [39] are now moot.

Each party is to bear its own attorneys' fees, costs and expenses.

Dated: September 27, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ Keith A. Vogt | /s/ He Cheng |
| Keith A. Vogt (Bar No. 6207971) | He Cheng (Bar No. 5665617) |
| Keith Vogt, Ltd. | Palmer Law Group, P.A. |
| 33 West Jackson Boulevard, #2W | 5353 N. Federal Highway, Suite 402, |
| Chicago, Illinois 60604 | Fort Lauderdale, Florida 33308 |
| Telephone: 312-971-6752 | Telephone: 917-525-1495 |
| E-mail: keith@vogtip.com | Email: rcheng@palmerlawgroup.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 27, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

              */s/ Keith A. Vogt*
              Keith A. Vogt